JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
MOLLY MELCHER (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile:  415.281.1350

Attorneys for Defendants
DOCTOR ON DEMAND PROFESSIONALS
OF CALIFORNIA, and DOCTOR ON
DEMAND, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DOCTORS ON DEMAND URGENT CARE MEDICAL GROUP, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>DOCTOR ON DEMAND PROFESSIONALS OF CALIFORNIA, a California corporation; and DOCTOR ON DEMAND, INC., a California corporation,<br><br>    Defendants. | Case No.: 2:14-CV-00672-GW-E<br><br>**DEFENDANTS DOCTOR ON DEMAND PROFESSIONALS OF CALIFORNIA AND DOCTOR ON DEMAND, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Doctor on Demand Professionals of California states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock, and Defendant Doctor on Demand, Inc., states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Pursuant to L.R. 7.1-1, the undersigned, counsel of record for Defendants Doctor on Demand Professionals of California and Doctor on Demand, Inc., certifies that the following listed party (or parties) may have a pecuniary interest in

the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Other than the named parties, no party with such an interest is known at this time.

Dated: March 5, 2014   FENWICK & WEST LLP

By: *s/ Jedediah Wakefield*
Jedediah Wakefield

555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:   415.281.1350

Attorneys for Defendants
DOCTOR ON DEMAND
PROFESSIONALS OF CALIFORNIA,
and DOCTOR ON DEMAND, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS' DISCLOSURE STATEMENT   2   Case No. 2:14-CV-00672-GW-E