AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  Central District of California, Western Division  on the following

☒ Trademarks or    ☐ Patents.    (☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:14-CV-00672-GW (Ex) | DATE FILED<br>01/28/2014 | U.S. DISTRICT COURT<br>Central District of California | |
|---|---|---|---|
| PLAINTIFF<br>DOCTORS ON DEMAND URGENT CARE MEDICAL GROUP, INC., a California corporation, | | DEFENDANT<br>DOCTOR ON DEMAND PROFESSIONALS OF CALIFORNIA, a California corporation; and DOCTOR ON DEMAND, INC., a California corporation | |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 N/A (common law mark) | | Plaintiff Doctors on Demand Urgent Care Medical Group, Inc. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| "SEE ATTACHED ORDER OF DISMISSAL" |

| CLERK<br>TERRY NAFISI | (BY) DEPUTY CLERK<br>J. Lam | DATE<br>4/14/2014 |
|---|---|---|

Copy 3—Upon termination of action

American LegalNet, Inc.<br>www.FormsWorkFlow.com